```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) | NO.  C 05 2665 WDB |
| Plaintiffs, ) | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| vs. ) | |
| PACIFIC SAND & GRAVEL CORPORATION a ) California corporation ) | |
| Defendant. ) | |

IT IS ORDERED that the Case Management Conference in this case set for October 27, 2005 be continued to **December 5, 2005** at 4:00 p.m. in Courtroom 4, **3rd** Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 10/19/05

_____
Hon. Wayne D. Brazil

*IT IS SO ORDERED*
*Judge Wayne D. Brazil*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE