UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Northwest Administrators, Inc., | No. C 05-2665 WDB |
| Plaintiffs, | ORDER FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| Pacific Sand & Gravel Corporation, | |
| Defendants. | |
| _____/ | |

On December 5, 2005, the Court held an Initial Case Management Conference in the above-referenced case. For reasons articulated more thoroughly on the record, the Court ORDERS as follows:

1. The Court refers this matter to the ADR Department and requests that a neutral mediator with expertise in ERISA delinquent contribution cases be assigned to conduct a mediation at his or her convenience **by no later than March 15, 2006.**

2. **On March 29, 2006, at 1:30 p.m.**, the Court will conduct a telephonic further Case Management Conference. Plaintiff's counsel must initiate the conference call, get defense counsel on the line, then call the Court's conference call line at (510) 637-3326.

3. If the parties resolve the case prior to March 29, 2006, they must send correspondence to the undersigned so stating. Thereupon, the Court would vacate the further

///

1

1   Case Management Conference and set a date by which a stipulated dismissal must be filed.

3   Dated: 12/6/05

/s/ Wayne D. Brazil
WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
   All parties,
   WDB, Stats

2