1   ERSKINE & TULLEY
  A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
  220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
  Telephone:  (415) 392-5431
4
  Attorneys for Plaintiffs
5

6

7                UNITED STATES DISTRICT COURT

8             NORTHERN DISTRICT OF CALIFORNIA

9
  NORTHWEST ADMINISTRATORS, INC.  )   NO. C 05 2665 WDB
10                                   )
                                  )
11             Plaintiffs,  )
                                  )   ORDER OF EXAMINATION
12       vs.                    )
13   PACIFIC SAND & GRAVEL CORPORATION  )
  a California corporation         )
14                                   )
               Defendants.  )
15   _____)

16   To:     Ricardo Ramirez, President & Custodian of Records of
           Judgment Debtor,
17           Pacific Sand & Gravel Corporation
          1159 Helen Drive
18          Millbrae, CA 94030

19          You the above named judgment debtor ARE HEREBY ORDERED

20   to appear personally on March 1, 2007 at 9:30 a.m. at 1301 Clay

21   Street, Oakland, CA, Conference Room 4, before the Magistrate Judge

22   Wayne D. Brazil then and there to be examined on oath concerning your

23   property or other matters material to the proceedings.

24          You are ordered to bring with you the following documents:

25          1. Title documents to all equipment and vehicles of debtor;

26          2. All lists and schedules of rented, leased and owned

27   equipment of debtor;

28          3. Copies of all real property and personal property leases

wherein debtor is a party;

4.  Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

5.  Annual Financial Statement for 2005 and all monthly financial statements 2006;

6.  Federal tax returns for the last three years;

7.  All bank statements, deposit slips and canceled checks for all accounts for 2006 to date;

8.  The last tax return filed with the Franchise Tax Board;

9.  Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2006 to date;

10.  All accounts receivable lists generated by the Company from January 2006 to date;

11.  Cash Disbursement Journals for 2006 to date;

12.  All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

13.  All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

14.  All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

////

////

////

////

1          NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE

2   TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST

3   AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER

4   REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE

5   JUDGMENT CREDITOR IN THIS PROCEEDING.

6   Dated: 1/26/2007

                              */s/ Wayne D. Brazil*

7                             _____

                              Magistrate Judge Wayne D. Brazil

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28