```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC. ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PACIFIC SAND & GRAVEL CORPORATION ) <br> a California corporation ) <br> ) <br> Defendants. ) <br> _____) | NO. C 05 2665 WDB <br><br> <u>ORDER OF EXAMINATION</u> |

To:     Ricardo Ramirez, President & Custodian of Records of
        Judgment Debtor,
        Pacific Sand & Gravel Corporation
        1159 Helen Drive
        Millbrae, CA 94030

You the above named judgment debtor ARE HEREBY ORDERED to appear personally on <u>May 3, 2007</u> at <u>9:30</u> a.m. at <u>1301 Clay Street</u>, <u>Oakland, CA, Conference Room 4</u>, before the Magistrate Judge Wayne D. Brazil then and there to be examined on oath concerning your property or other matters material to the proceedings.

You are ordered to bring with you the following documents:

1. Title documents to all equipment and vehicles of debtor;

2. All lists and schedules of rented, leased and owned equipment of debtor;

3. Copies of all real property and personal property leases wherein debtor is a party;

<u>ORDER OF EXAMINATION</u>                                                                   1

4. Copies of all tax bills, deeds, contracts, deeds of trust or deposit receipts relating to all real and personal property in which any interest is held;

5. Annual Financial Statement for 2005 and all monthly financial statements 2006;

6. Federal tax returns for the last three years;

7. All bank statements, deposit slips and canceled checks for all accounts for 2006 to date;

8. The last tax return filed with the Franchise Tax Board;

9. Copies of all purchase orders, change orders accepted bids, and contracts which relate in any way to work performed by debtor during the period from January 1, 2006 to date;

10. All accounts receivable lists generated by the Company from January 2006 to date;

11. Cash Disbursement Journals for 2006 to date;

12. All documents related to any loans to debtor or by debtor by any present or former shareholders, officers or employees of debtor;

13. All documents related to any completed, pending or failed sale of substantially all corporate assets during the last three years.

14. All personal guarantees made by any officer, agent or shareholder for the benefit of debtor.

////
////
////
////
////

ORDER OF EXAMINATION               2

NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEYS' FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.

Dated: 3/5/07

*/s/ Wayne D. Brazil*
Magistrate Judge Wayne D. Brazil

ORDER OF EXAMINATION 3