ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) | NO. C 05 2665 WDB |
| Plaintiff, ) | REQUEST TO VACATE ORDER OF EXAMINATION DATE; |
| vs. ) | PROPOSED ORDER |
| PACIFIC SAND & GRAVEL, etc., ) | |
| Defendant. ) | |

Plaintiff's counsel having made alternative arrangements with defendant to get the documents requested, IT IS HEREBY REQUESTED that the Order of Examination set for May 3, 2007 be vacated.

Dated: May 2, 2007        ERSKINE & TULLEY

                          By: /s/ Michael J. Carroll
                              Michael J. Carroll
                              Attorneys for Plaintiff

**PROPOSED ORDER**

IT IS HEREBY ORDERED that the Order of Examination date be vacated.

Dated: 5-3-07        _____
                     Magistrate Judge Wayne D. Brazil

Request to Vacate Order of Examination; Proposed Order

Case 4:05-02626-CW Document 30 Filed 05/02/2007 Page 2 of 2

Request to Vacate Order of Examination; Proposed Order